UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO. 3:24-CV-00103-RGJ

*Electronically Filed*

DURON WEAVER, *et al,.*                                                                                     PLAINTIFFS,

v.                                  **JOINT STATUS REPORT**

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT, *et al.*,                                               DEFENDANTS.

\* \* \* \* \* \* \*

      Come the parties, by counsel, pursuant to the Court's Order dated November 19, 2025 (Doc.49), and for the Joint Status Report hereby state as follows. The Parties promptly meet and confer, as contemplated by the Federal Rules, and discussed and resolve the issues. The Parties reports to the Court that the individual Metro defendants, all five of them, have responded to over twenty sets of discovery from the plaintiffs. LJCMG has already responded to one set of discovery and plaintiffs have tendered second sets. To date, all six defendants has received discovery responses from each of the plaintiffs to which the Plaintiffs responded to over twenty sets of written discovery from the named defendants. Moreover, counsel for each party is engage in scheduling depositions to be taking.

      The Defendants have a Pending Motion to Dismiss before the Court that has yet to be ruled and have yet to file an answer to the amended complaint.

      The Parties also proposed new discovery deadline to be entered in this case enlarging the deadlines by at least sixty (60) days.

      As this court noted, Hon. Andrew Miller has entered his appearance on behalf of LJCMG and Hon. Joseph Klausing has withdrawn his appearance for LJCMG but remains on as counsel for the individual defendants.

*Respectfully submitted,*

| | |
|---|---|
| */s/ Shaun A. Wimberly, Sr.* | */s/ Joseph C. Klausing (w/permission)* |
| Shaun A. Wimberly, Sr. | Joseph C. Klausing |
| WIMBERLY & ASSOCIATES, PLLC | O'BRYAN, BROWN & TONER, PLLC |
| 325 West Main Street, Suite 1816 | 401 South Fourth Street, Suite 2200 |
| Louisville, Kentucky 40202 | Louisville, Kentucky 40202 |
| Phone: (502) 208-1887 | Phone: (502) 585-4700 |
| Email: shaunsr@wimlawky.com | Email: klausingj@obtlaw.com |
| *Counsel for plaintiffs* | *Counsel for defendants* |

*/s/ Andrew Miller (w/permission)*
Andrew Miller
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
Phone: (502) 574-0006
Email: andrew.miller@louisvilleky.gov
*Counsel for defendants*