UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DURON WEAVER     Plaintiff

v.     Civil Action No. 3:24CV-103-RGJ

UNKNOWN DEFENDANT LMPD, ET AL.     Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel through Magistrate Judge Edwards' Office that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

February 11, 2026

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record