**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 09, 2026

Mr. Joseph Charles Klausing
O'Bryan, Brown & Toner
401 S. Fourth Street
Suite 2200
Louisville, KY 40202

Mr. Andrew S. Miller
Jefferson County Attorney's Office
Civil Division
200 S. Fifth Street
Suite 300N
Louisville, KY 40202

Mr. Shaun A. Wimberly Sr.
Wimberly & Associates
325 W. Main Street
Suite 1816
Louisville, KY 40202

Re: Case No. 26-5007, *Duron Weaver, et al v. Unknown Defendant Caucasian Male LMPD Officer 1, et al,* Originating Case No. 3:24-cv-00103

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. James J. Vilt Jr.

Enclosure

No mandate to issue

Case No. 26-5007

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

DURON WEAVER; MICAH GAZAWAY; DUSHON WEAVER; DE'ARREON WILLIAMS

Plaintiffs - Appellants

v.

UNKNOWN DEFENDANT CAUCASIAN MALE LMPD OFFICER 1, Individually And In His Official Capacity As A Police Officer of Louisville Metro Government

Defendant

and

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT; OFFICER CHRISTOPHER PRIEL, Individually, As a Police Officer of Louisville Metro Government; SERGEANT BRIAN EVANOFF, Individually, As a Police Officer of Louisville Metro Government; OFFICER TYLER BLISSETT, Individually, As a Police Officer of Louisville Metro Government; DETECTIVE MATTHEW HAYDEN, Individually, As a Police Officer of Louisville Metro Government; CHIEF JACQUELYN GWINN-VILLAROEL, Individually, As the Interim Chief and Chief of Police of the Louisville Metro Police Department

Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: April 09, 2026

Kelly L. Stephens